```
MATTHEW BECKELY, PRO SE
2885 Sanford Ave SW #25711
Grandville, MI 49418
USA
Fax: (484) 233-3044
PLAINTIFF
```

FILED
JUN 12 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE US DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW BECKELY, professionally known as )
Dylan Matthews and D-Matt, and doing business as )
Amerada Music )
*Plaintiff )
Vs. )
REINHARD RAITH, in his personal and )
professional capacities, professionally known as )
"Crazy Frog" and "Voodoo & Serano"; RONALD )
CARROLL professionally known as Ron Carroll )
and R.O.N.N., in his personal and professional )
capacities; CERESIA BLANCHARD )
professionally known as Ceresia, in her personal )
and professional capacities; PATRICK WEBER, in )
his personal and professional capacities; VOODOO )
MUSIC GMBH; EMBASSY OF MUSIC GMBH, )
Konrad von Löhneisen in his personal and )
professional capacities; One Entertainment Group, )
LLC, an Illinois Limited Liability Corporation; )
Apple Corporation; YouTube, LLC JOHN DOES )
1-1000

*Defendants

*Motion To Seal Case and all filings

*Motion To Appoint Counsel

CV NO. 13 2707

MEJ

---

Now comes Plaintiff Pro Se, and hereby moves this honorable court to seal all the records, filings, affidavits and exhibits in this case, as well as to impose a gag order upon all parties in this case given the per se nature of the case, and the celebrity status of all involved and personal information attached.

Should the court fail to Seal and gag defendants, the per se tortious activity is likely to continue.

Further, Plaintiff Pro Se moves this Honorable court to appoint him counsel in this matter given its complexity, the amount of money involved, the issues present, the fact that the defendants are wealthy corporations and individuals with vast resources, the per se nature of the tortious and infringing conduct of defendants, and each of them, and because Plaintiff lives outside the district and costs of mailing and printing documents are expensive. Furthermore, Plaintiff has made efforts to obtain counsel, however, has been unable to find counsel to review the case, let alone take it on contingency, without a retainer of less thatn $1000 which Plaintiff can not afford.

Whereas this case presents an imperative Federal Question, and defendants, and each of them, are profiting from the infringement – including YouTube – this case requires the court to attempt to assign appointed counsel to Plaintiff.

For the following reasons, Plaintiff requests this court GRANT this motion, appoint counsel, seal all materials in this case, order a gag order amongst all parties not to speak about any detail of this case other than with counsel.

SIGNED THIS THE Jun 11th, 2013

*[signature]*

RESPECTFULLY SUBMITTED,

MATTHEW BECKELY, PRO SE
2885 Sanford Ave SW #25711
Grandville, MI 49418
USA
Fax: (484) 233-3044
PLAINTIFF

6/12/13
Motion To Seal Denied.
*[signature]*
U.S. District Judge
RICHARD SEEBORG