UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MATTHEW BECKELY,<br><br>        Plaintiff,<br>   v.<br><br>REINHARD RAITH, et al.,<br><br>        Defendants.<br>_____/ | No. C 13-2707 MEJ<br><br>**ORDER REQUESTING CLARIFICATION RE: IFP APPLICATION** |

Pending before the Court is Plaintiff Matthew Beckley's Application to Proceed in Forma Pauperis. Dkt. No. 3. On page 2 of his Application, Plaintiff states that his monthly expenses include $500.00 for rent. However, on page 6, he states that his rent is $700.00. The Court ORDERS Plaintiff to file a statement by July 5, 2013 explaining this discrepancy. Plaintiff shall include proof of his rent payment, such as a copy of a processed/cleared check.

**IT IS SO ORDERED.**

Dated: June 19, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MATTHEW BECKELY,

    Plaintiff,

v.

REINHARD RAITH et al,

    Defendant.

Case Number: CV13-02707 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Beckely
2885 Sanford Avenue SW #25711
Grandville, MI 49418

Dated: June 19, 2013

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2