UNITED STATES DISTRICT COURT

Northern District of California

MATTHEW BECKELY,

            Plaintiff,

  v.

REINHARD RAITH, et al.,

            Defendants.

_____/

No. C 13-2707 MEJ

**ORDER DENYING REQUEST TO APPOINT COUNSEL**

     By motion dated June 12, 2013, Plaintiff Matthew Beckely seeks appointed counsel in this lawsuit. Generally, a person has no right to appointed counsel in civil actions. *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). A court may under "exceptional circumstances" appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1). *Agyeman v. Corrs.Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, a court considers "the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Neither of these considerations is dispositive; rather, they must be viewed together. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

     Here, Plaintiff has presented no evidence that the circumstances are "exceptional" within the meaning described above. Accordingly, there is no legal basis to support the appointment of counsel and the request is denied. However, Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, either by calling (415.782.9000, extension 8657) or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help but not legal representation.

     **IT IS SO ORDERED.**

Dated: July 9, 2013

                                                                             _____
                                                                             Maria-Elena James
                                                                             United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MATTHEW BECKELY,

                Plaintiff(s),

   v.

REINHARD RAITH,

                Defendant(s).

No. C 13-02707 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Beckely
2885 Sanford Avenue SW #25711
Grandville, MI 49418

Dated: July 9, 2013

                                    Richard W. Wieking, Clerk
                                    By: Rose Maher, Deputy Clerk