UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MATTHEW BECKELY | No. C 13-2707 MEJ |
| Plaintiff, | **ORDER RE: SERVICE OF PROCESS ON FOREIGN DEFENDANTS** |
| v. | |
| REINHARD RAITH, et al., | |
| Defendants. | |

On July 9, 2013, the Court granted Plaintiff Matthew Beckely's Application to Proceed *In Forma Pauperis*. Dkt. No. 10. However, while the Clerk of Court has issued summons for the defendants located in the United States, the United States Marshal's Service has informed the Clerk that it is unable to complete service on any foreign defendants. Accordingly, Plaintiff is hereby informed that he is responsible for serving all foreign defendants pursuant to Federal Rule of Civil Procedure 4. Attached to this Order are documents received from the Marshal's Service that may be useful to Plaintiff.

Plaintiff is also instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on all defendants by delivering or mailing the materials to them or their attorneys, pursuant to Federal Rule of Civil P 5(b).

**IT IS SO ORDERED.**

Dated: July 23, 2013

_____
Maria-Elena James
United States Magistrate Judge