1 Name: MATTHEW BECKELY PRO SE
2 Address: _____
3 _____
4 Phone Number: 2026562655
5 E-mail Address: DILLONMATTHEWS617@gmail.com
  Pro Se

**RECEIVED**
AUG 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BECKELY | Case Number: CV 13-2707 MEJ |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | DATE: |
| REINHARD RAITH ET AL | TIME: |
| | COURTROOM: |
| | JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: September 3, 2013.

William Alsup
United States District Judge