IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW BECKELY,

    Plaintiff,

  v.

REINHARD RAITH, et al.,

    Defendants.
                                 /

No. C 13-02707 WHA

**ORDER DENYING REQUEST FOR CONTINUANCE**

    The parties' request for a 90-continuance of the initial case management conference and related deadlines is **DENIED**. Neither plaintiff's *in forma pauperis* status and *pro se* statuses, nor his numerous claims for relief, nor his tardy service of defendants other than YouTube, nor the possibility that he may amend his complaint merit any delay of the deadlines in this action.

    **IT IS SO ORDERED.**

Dated: September 4, 2013.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE