**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW BECKELY, p/k/a DYLAN MATTHEWS and D-MATT, and d/b/a AMERADA MUSIC,

    Plaintiff,

  v.

REINHARD RAITH, in his personal and professional capacities, p/k/a "Crazy Frog" and "Voodoo & Serano," RONALD CARROLL, professionally known as Ron Carroll and R.O.N.N., in his personal an dprofessional capacities, CERESIA BLANCHARD, p/k/a "Ceresia," in her personal and professional capacities, PATRICK WEBER, in his personal and professional capacities, VOODOO MUSIC GMBH, EMBASSY OF MUSIC GMBH, KONRAD VON LOHNEISEN, in his personal and professional capacities, ONE ENTERTAINMENT GROUP, LLC, an Illinois limited liability corporation, YOUTUBE, LLC, and DOES 1–100,

    Defendants.

 /

No. C 13-02707 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff is **ORDERED TO SHOW CAUSE** why his case should not be dismissed for lack of prosecution on account of his failure to attend the ADR telephone conference as well as the case management conference, properly set and noticed for September 12, 2013, at 11:00 a.m. Any just cause must be shown by him in a declaration under oath filed by **NOON ON SEPTEMBER 27, 2013**.

    **IT IS SO ORDERED.**

Dated: September 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE