RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Specially Appearing Attorneys for Defendants
Ronald Carroll p.k.a. R.O.N.N. and Ceresia
Blanchard p.k.a. Ceresia*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW BECKELY, professionally known as Dylan Matthews and D-Matt, and doing business as Amerada Music,<br><br>Plaintiff,<br><br>vs.<br><br>REINHARD RAITH, in his personal and professional capacities, professionally known as "Crazy Frog" and "Voodoo & Serano"; RONALD CARROLL, professionally known as R.O.N.N., in his personal and professional capacities; CERESIA BLANCHARD, professionally known as Ceresia, in her personal and professional capacities; PATRICK WEBER, in his personal and professional capacities; VOODOO MUSIC GMBH; EMBASSY OF MUSIC GMBH; KONRAD VON LOHNEISEN, in his personal and professional capacities; ONE ENTERTAINMENT GROUP, LLC, an Illinois limited liability corporation; YOUTUBE, LLC; and DOES 1-1000,<br><br>Defendants. | Case No.: 13-CV-2707 (WHA)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS RONALD CARROLL'S AND CERESIA BLANCARD'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(E-filing)<br><br>Judge William Alsup, Presiding |

Defendants Ronald Carroll p.k.a. R.O.N.N. ("Carroll") and Ceresia Blanchard p.k.a. Ceresia ("Blanchard") (collectively, "Defendants"), by and through specially appearing counsel, have moved the Court for an order extending time to respond to the complaint filed by Plaintiff Matthew Beckely ("Plaintiff" or "Beckely").

The Court, having reviewed and considered the papers filed, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Blanchard's response to Plaintiff's complaint shall be due on or before October 24, 2013.

Carroll's response to Plaintiff's complaint shall be due on or before October 24, 2013.

SO ORDERED.

Dated: October 17, 2013.

_____
Judge William Alsup
United States District Court, Northern District of California