1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW BECKELY, p/k/a DYLAN
MATTHEWS,

        Plaintiff,

  v.

REINHARD RAITH, et al.,

        Defendants.

_____/

No. C 13-02707 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action with prejudice,
**FINAL JUDGMENT IS HEREBY ENTERED** in favor of all defendants, and against plaintiff
Matthew Beckely.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:   November 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE