MATTHEW BECKELY, PRO SE
2885 Sanford Ave SW #25711
Grandville, MI  49418
USA
Fax:  (484) 233-3044
PLAINTIFF

IN THE US DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BECKELY, professionally known as Dylan Matthews and D-Matt, and doing business as Amerada Music ) ) ) | NOTICE OF APPEAL TO THE US COURT OF APPEALS FOR THE FEDERAL CIRCUIT |
| *Plaintiff ) | NO. 3:13-cv-02707-WHA |
| Vs. ) | |
| REINHARD RAITH, in his personal and professional capacities, professionally known as "Crazy Frog" and "Voodoo & Serano"; RONALD CARROLL professionally known as Ron Carroll and R.O.N.N., in his personal and professional capacities; CERESIA BLANCHARD professionally known as Ceresia, in her personal and professional capacities; PATRICK WEBER, in his personal and professional capacities; VOODOO MUSIC GMBH; EMBASSY OF MUSIC GMBH, Konrad von Löhneisen in his personal and professional capacities; One Entertainment Group, LLC, an Illinois Limited Liability Corporation; Apple Corporation; YouTube, LLC JOHN DOES 1-1000 ) ) ) ) ) ) ) ) ) | |
| *Defendants | |

_____

NOW COMES PLAINTIFF PRO SE, Matthew Beckely, who hereby gives his SECOND notice of appeal of the following ruling to the USCA for the Federal Circuit :

1.) On this date, the district court entered a dismissal notice, however, did so in grave error as it lacked jurisdiction in light of the plaintiff's notice of appeal.

**VERIFIED COMPLAINT**

2.) Attached appendix of The District court's clerk is dispositive evidence that the notice was filed and, therefore, the court lacked any jusisdiction, WHATSOEVER, to dismiss this matter or rule in any way shape or form.

For the foregoing reasons, this plaintiff PRO SE hereby adds this notice of appeal of the errounous ruling of the district court to the interlocutory appeal already filed.

SIGNED THIS THE 26th OF SEPTEMBER 2013

RESPECTFULLY SUBMITTED,

/s/ MATTHEW BECKELY

**MATTHEW BECKELY, PRO SE**
**2885 Sanford Ave SW #25711**
**Grandville, MI  49418**
**USA**
**Fax:  (484) 233-3044**
**PLAINTIFF PRO SE**

# APPENDIX #1

---------- Forwarded message ----------
From: <Doug_Merry@cand.uscourts.gov>
Date: Tue, Nov 5, 2013 at 12:15 PM
Subject: Re: Filings (ecf is not working for me) - URGENT
To: DYLAN MATTHEWS <dillonmatthews617@gmail.com>

copyright infringement cases are appealed to the Federal Circuit. Not the 9th circuit.  the documents have to be sent in the mail and that should be completed by the end of the week.  as far as your motion, like i said in my earlier email, you skipped a step in the process so you'll have to wait for chambers ruling on your motion.  i have to clean up the docket and make note of the posting errors.