United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    MATTHEW BECKELY, p/k/a DYLAN
     MATTHEWS,
10                                                    No. C 13-02707 WHA
                   Plaintiff,
11
12     v.
                                                      **NOTICE RE APPEAL**
13   REINHARD RAITH, et al.,

14                 Defendants.
                                              /
15

16          The Court has become aware that the notices of appeal filed (repeatedly) by plaintiff

17   Matthew Beckely (p/k/a Dylan Matthews) may have been taken to the wrong appellate court

18   (*see, e.g.*, Dkt. No. 54).  Plaintiff may wish to evaluate this potential problem with his appeal.

19          The Court has also become aware of docket entry number 63 made by plaintiff (plaintiff

20   has ECF privileges).  On appeal, the parties are requested to please bring this docket entry to the

21   attention of the appellate judges.  In addition, the Court has become aware of at least one

22   inappropriate email sent by plaintiff to the civil docketing clerk in the clerk's office of this

23   district court.  The parties will please advise the appellate judges that this email will be made

24   available to the appellate judges upon request.

25

26

27   Dated:   November 12, 2013.

28                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE